AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:37 am, Sep 18, 2025

| | |
|---|---|
| United States of America<br>v.<br>Kristopher Nelson<br><br>*Defendant* | ) Case: 1:25-mj-00222<br>) Assigned To: Judge Faruqui, Zia M.<br>) Assign. Date: 9/17/2025<br>) Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Kristopher Nelson     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1028(a)(6) - Fraud and related activity in connection with identification documents, authentication features, and information.

Date:   09/17/2025

*Issuing officer's signature*

City and state:   Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/17/25 , and the person was arrested on *(date)* 10/1/25
at *(city and state)* Washington D.C.

Date: 10/1/25

*Arresting officer's signature*

Vincent Cruse   DUSM
*Printed name and title*